In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-119 CR


____________________



MARVIN SANFORD MOORE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 91793






MEMORANDUM OPINION


 Marvin Sanford Moore was convicted and sentenced on an indictment for burglary
of a habitation. Moore filed a notice of appeal on March 16, 2006. The trial court entered
a certification of the defendant's right to appeal in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. See Tex. R. App. P. 25.2(a)(2). The
trial court's certification has been provided to the Court of Appeals by the district clerk.


 On March 24, 2006, we notified the parties that the appeal would be dismissed unless
an amended certification was filed within thirty days of the date of the notice and made a part
of the appellate record. See Tex. R. App. P. 37.1. The record has not been supplemented
with an amended certification. Because a certification that shows the defendant has the right
of appeal has not been made part of the record, the appeal must be dismissed. See Tex. R.
App. P. 25.2(d).

 Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED.

 ___________________________

 CHARLES KREGER

 Justice


Opinion Delivered May 10, 2006

Do Not Publish

Before Gaultney, Kreger and Horton, JJ.